June 20, 2008

Mr. Paul Ronald Wilson
Wilson Law Firm, L.P.
323 W Cano St., Ste. 200
Edinburg, TX 78539-4325

Mr. Hilario Moreno
Larry Moreno, P.C.
5109 S McColl Rd. Ste C
Edinburg, TX 78539
Honorable Jaime Joel Palacios
County Court at Law #2
100 North Closner, 3rd Floor
Edinburg, TX 78539

Mr. Jaime J. Ramon
Attorney At Law
1100 E. Laurel, Ste. 300
McAllen, TX 78502

RE: Case Number: 07-0486
 Court of Appeals Number: 13-07-00269-CV
 Trial Court Number: CL-06-3515-B

Style: IN RE LYON FINANCIAL SERVICES, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Arturo Guajardo|
| |Jr. |
| |Ms. Cathy Wilborn |